ion. Judgment affirmed, with costs. Order filed.

KENNEDY, Respondent, v. HALL, Appellant. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by James J. Kennedy against John Holl. B. L. Kraus, for appellant. M. Stein, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 99 N. Y. Supp. 162.

KEOUGH, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 23, 1906.) Action by Harry J. Keough against the Pennsylvania Railroad Company. No opinion. Judgment affirmed, with costs.

KEOUGH, Appellant, v. PURCELL, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 12, 1906.) Action by James Keough against Kate Purcell. No opinion. Judgment and order affirmed, with costs.

KEOUGH, Appellant, v. PURCELL, Respondent. (Supreme Court, Appellate Division, Fourth Department. September 26, 1906.) Action by James Keough against Kate Purcell. No opinion. Motion for reargument denied, with $10 costs and disbursements.

KEYES, Appellant, v. SMITH et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 23, 1906.) Action by George J. Keyes against C. Walter Smith and another.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

NASH, J., not voting.

KILLMER, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Anna M. Killmer against the New York City Railway Company. No opinion. Judgment and order denying motion for new trial unanimously affirmed, without costs. Order granting extra allowance reversed, without costs, for want of power in the trial court to grant the same.

KINDBERG v. CHAPMAN. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Action by E. O. Kindberg against R. K. Chapman. No opinion. Motion dismissed.

KING, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. June 27, 1906.) Action by Henry T. King against the state of New York. No opinion. Judgment unanimously affirmed, with costs.

KINSEY, Respondent, v. DONALDSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 10, 1906.) Action by Russell L. Kinsey against George B. Donaldson, impleaded, etc. No opinion. Interlocutory judgment affirmed, with costs, with leave to plead over upon payment of the costs of the demurrer and of this appeal.

In re KIRBY'S WILL. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) In the matter of appointing a trustee under the last will and testament of Mary L. Kirby, deceased. No opinion. Motion granted; order to be resettled by RICH, J.

KIRCHNER, Respondent, v. LOUGHLIN, Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Gustav A. Kirchner against John Loughlin. No opinion. Judgment of the Municipal Court affirmed, with costs.

KNICKERBOCKER v. CONGER et al. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Action by Edwin W. Knickerbocker against Benn Conger and others. No opinion. Motion granted, without costs. Order filed.

KNICKERBOCKER INV. CO. v. BANKERS' LIFE INS. CO. et al. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by the Knickerbocker Investment Company against the Bankers' Life Insurance Company and Davies, Stone & Auerbach. E. Van Schaick, for appellant, Knickerbocker Inv. Co. H. Barry, for respondent Davies, Stone & Auerbach. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KNIPE, Respondent, v. KISSICK, Appellant. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) Action by William Knipe, as administrator, etc., against William A. Kissick. No opinion. Order affirmed, with $10 costs and disbursements.

KOEPPEL v. KOEPPEL. (Supreme Court, Appellate Division, First Department. June 8, 1906.) Action by Fishel Koeppel against Mendel Koeppel. No opinion. Motion denied, with $10 costs. Order signed.

KOHN, Appellant, v. MEYER, Respondent. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Action by Eva Kohn against David Meyer. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event; on the authority of Winter v. Friedman, 111 App. Div. 306, 97 N. Y. Supp. 733.

KRAMER, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Action by William Kramer against the Brooklyn Heights Railroad Company. No opinion. Motion for reargument denied. See 100 N. Y. Supp. 276.

KREIZER v. HEINEMANN. (Supreme Court, Appellate Division, First Department. October 12, 1906.) Action by Bernard Kreizer against Adolph Heinemann. No opinion. Application denied, with $10 costs. Order signed.